**Exhibit 1: Letters in Support of Lucas Fussell**

# B. Grant Tatum



April 14, 2025

The Honorable Rudolph Contreras
United States District Court for the District of Columbia

Dear Judge Contreras,

I am writing this letter as a character witness for my friend, Lucas Allen Fussell, whom I have known for over twenty years. I also serve as his Power of Attorney. This is a responsibility I accepted with full awareness of the serious charges he now faces, which have deeply shocked and saddened me.

I first met Lucas while he was in college at the University of Virginia, and over the years, I've come to know him as one of the most compassionate, selfless, and service-oriented individuals in my life. He became a Family Nurse Practitioner and chose to work in rural health - not for prestige or financial gain, but because he wanted to give back to underserved communities. Even during college, he volunteered at the Charlottesville Free Clinical, assisting pharmacists with prescription distribution and helping patients access the medications they needed through patient assistance programs.

His life has always been defined by his willingness to help others. Raised in a trailer surrounded by drug use and hardship, Lucas defied his circumstances. He never succumbed to the environment around him. He has often helped his loved ones financially and emotionally, without asking for anything in return.

What has come to light - the charges of distribution of child pornography - stand in stark contrast to the man I've known all these years. I want to be clear: I do not minimize the seriousness of these charges or the indirect harm they cause. They are deeply troubling. But I also believe people are more than the worst choices they've made. My friend has acknowledged his wrongdoing, entered a guilty plea, and sought

psychiatric help while incarcerated. From what I understand, this has given him insight into what led him to this point.

Even with full awareness of the charges and their gravity, I do not believe Lucas is a direct threat to children or to anyone. If I had children of my own, I would trust him to care for them. That is how deeply I believe in his character, his remorse, and his potential for rehabilitation.

Mr. Rogers once said, "Look for the helpers. You will always find people who are helping." And I truly believe that Mr. Rogers would see Lucas there, too, and he'd see all the good he has done and still can do.

Thank you for considering this letter.

Sincerely,

B. Grant Tatum

4/8/25
The Honorable Rudolph Contreras
United States District Court for the District of Columbia

Dear Judge Contreras,

I met and have only known Lucas Fussell through an association at the Charlottesville Free Clinic where I was employed, and Lucas was first a volunteer and then an employee.

Although I did not know Lucas well, I knew him to be kind, compassionate and helpful. He was fluent in Spanish, and readily available when asked to interpret for our Spanish speaking patients. I recall one incident with a Spanish speaking woman who was involved in a small fender-bender accident in the parking lot. She was quite concerned, but unable to communicate clearly with the other driver. Lucas offered his skills as an interpreter to assure that communication was clear between the woman and the other driver and that she felt secure and comfortable with the outcome of the conversation.   With a strong interest in the medical field as a way to serve others, Lucas moved on from his time at the clinic to become a nurse practitioner, working once again in a clinic for the underserved.

As I have learned of Lucas's current circumstances, I have had the opportunity to correspond with him. It is obvious to me in the letter I received from him that he is clearly repentant and interested in therapy in the hopes of healing and addressing issues that ultimately led to his incarceration. It is my hope that the criminal justice system, can at least in this case, serve to offer true rehabilitation, not just punishment for a crime. It would be good if Lucas could learn to address not only the pain that he has caused others but also the unresolved issues he has so that he can move beyond this nightmare and once again provide a true service to society. I am unsure as to how this might happen while incarcerated. I can only hope that there is an alternative to a long incarceration without proper therapy and treatment as this would not best serve Lucas nor be the best avenue for his moving forward. Your thoughtful consideration of Lucas and of this case is appreciated.

                        Sincerely,

                        *Anne Cressin*

                        Anne Cressin

Andrea Zember



The Honorable Rudolph Contreras
United States District Court for the District of Columbia

Dear Judge Contreras:

My name is Andrea Sempeles Zember. I have lived on the Eastern Shore of Virginia since 1985 with my husband, having come from JMU.  I have been a realtor and real estate appraiser for over 30 years. I have also been a neighbor to Lucas for over 10 years. My family was very lucky to have had Lucas as our neighbor, doctor and most importantly a friend.

My husband and I have three sons, Luke (35), Woods (33) and Noah (31). There have been many instances where I had concerns about our son's physical health as well as their mental health. Lucas was there to help them.  Most recently with our youngest son, Noah. There were several occasions that Lucas called and checked on him and helped him work through his issues. For that, I will always be grateful.

The town of Onley, in which we live, is a very small rural town. Many people are very upset because they have lost the person that took care of them for many years. He is kind, compassionate, hardworking and most of all, loved to take care of people in need.

My family's opinion of Lucas has not changed since the offense. We feel that he made a difference in helping our sons and know that he will be able to hopefully get back to doing what he does best….helping people. Thank you very much for your time.

Andrea Zember

The Honorable Rudolph Contreras                              s
United States District Court for the District of Columbia

Dear Judge Contreras,

I am writing on behalf of NP Lucas Fussell. I was very surprised and saddened to learn of the charges he is facing. He served as my primary provider for 12 years, after I moved to the Eastern Shore of Virginia.  I was always extremely pleased and often wrote personal comments regarding him at the clinic after my visits. I relocated from northern VA where my health care was provided by the military.  I was seen at DeWitt Army Medical Center and, at that time, Walter Reed Army Medical Center and Bethesda Naval Hospital.  Because I had several serious medical conditions, I brought my medical records to Lucas Fussell, at his request.  These consisted of two packets about four inches thick.  He had these copied and I feel sure that he reviewed them thoroughly.

I had been diagnosed with Nonalcoholic Steatohepatitis (NASH) disease at the time I began seeing NP Fussell.  As my condition seemed to worsen, he set me up with a gastroenterologist in Virginia Beach, who determined that my condition has advanced to cirrhosis.  At that time, I was sent to VCU in Richmond for evaluation.  Although I was forced to retire from my teaching position, with medication, I remained stable for several years.  During that time, Lucas remained in contact with my hepatologist to manage my condition.  In December of 2019, I began having difficulty breathing and was placed on oxygen.  In January of 2020, it was determined that I required a liver transplant and this occurred in March, at the onset of the pandemic.  My hospital stay in Richmond was lengthy and NP Fussell even contacted me by phone once during this time to check on my recovery. When I was eventually discharged six weeks later, Lucas continued to be very involved as my primary doctor and communicated with my physician at VCU. When the Covid vaccine finally became available, he arranged for me to have it as soon as possible.  I feel that he followed my medical condition thoroughly, and always maintained contact with my doctors to assure that I received excellent medical care.

I have a 43 year old mentally handicapped son with autistic tendencies.  He lived on the Shore for a brief period of time. I requested that Lucas become his provider and he agreed to do so.  We continued to have Lucas remain his primary very even after he moved to a group home in Virginia Beach. Since my son is also immunocompromised, Lucas made sure that he was scheduled for all Covid vaccines in a timely manner, as well.

During the entire time that I was a patient of NP Lucas Fussell, I feel that the medical care and attention he provided was excellent and very thorough.  He never minimized any concerns, but addressed all issues immediately and completely.  Lucas always maintained a very professional attitude when being seen for appointments, yet was easily approachable when bringing up medical concerns.  In addition, I frequently recommended him to close relatives and friends who always seemed pleased with him as a medical provider.  Even today, I continue to recall and use recommendations from him as I have now been diagnosed with kidney disease.

It is my hope that Lucas can receive professional rehabilitation.  It would be unfortunate for someone with his professional knowledge and skills not to be utilized in a manner which would enable him to continue to be of service to others in a positive way.

Very sincerely,

Karen M. Morris

April 14, 2025

The Honorable Rudolph Contreras
United States District Court for the District of Columbia

Dear Judge Contreras,

My name is Patrick Coleburn, and I am writing this letter in support of my friend, Lucas Allen Fussell, who is currently incarcerated. I have known Lucas for over 20 years, and during this time, I have come to know him as a caring, respectful, and genuine person who has made a meaningful impact on the lives of those around him—including mine.

Throughout our friendship, I have witnessed Lucas's strong sense of responsibility to those in need, loyalty to friends and family, and willingness to help others. He has always been someone who listens without judgment and extends kindness where it's needed most. I believe his current circumstances do not reflect the full character of the person I know.

I met Lucas while attending the University of Virginia.  I graduated in 2003 and Lucas was a year behind me. We met through mutual friends and his kind and caring spirit immediately drew us to become close friends.  At the time, Lucas was working to support his way through college. Our friendship began with a traveling dinner party and movie night. As I dealt with family and relationship issues, Lucas was there willing to help me process my decisions and give sound advice.

After college, Lucas is one of the only classmates that I kept a strong connection to. Every time that I moved, Lucas was there to help, sometimes traveling hours and braving the summer heat. I believe he was a religious studies major or minor in undergrad and always exuded a spiritual, calming nature.  When he decided to attend Johns Hopkins to become a Nurse Practitioner, it made absolute sense.

Over the years between UVA and Johns Hopkins, I learned much more about Lucas and his family.  He was re-establishing relationships with his mother and half-siblings and helping them navigate financial and medical hardships. They started to rely on him.  After becoming a nurse practitioner, I admired his

commitment to using his skills for underserved populations in Baltimore and then on the Eastern Shore.

Lucas has remained a close friend for two decades. We've traveled together and regularly celebrate holidays together. Most recently, just before his incarceration, he traveled to Richmond to be with my partner and I as we dealt with the death and funeral of my partner's grandmother, helping to lift us up in such a sad time.

I understand the seriousness of the situation and am not attempting to minimize the charges. Lucas has expressed his remorse. He says that he is working with a counselor and thinks he has more insight into how or why he did what he did. I hope the court can consider Lucas's character, potential for growth, and the remorse he has expressed. I truly believe that with the right guidance and support, he can use this experience as a turning point, get the help he needs, and return to being a positive, contributing member of society.

Thank you for taking the time to read this letter.

Sincerely yours,


Patrick Coleburn

January 16th, 2025

The Honorable Rudolph Contreras
United States District Court for the District of Columbia

Dear Judge Contreras,

My name is Blaire Siefken, and I am a Family Nurse Practitioner practicing in a rural Emergency Department in Maine.

I am writing this letter to demonstrate my support to Lucas Fussell, my best friend.

I first met Lucas in Baltimore, Maryland in 2009. Lucas and I did both our Bachelors and Masters in Nursing at Johns Hopkins University School of Nursing from 2009-2012. Unlike many of the students attending our program, Lucas and I both came from a low income background, and we quickly bonded over our love of caring for underserved populations. Initially we would just study together, but then developed an extremely strong friendship that has lasted throughout our time in Baltimore together and carried on throughout the last 17 years. We did group projects together, ate together, shopped together, and spent countless hours at each other's apartments in Baltimore, and later at our homes in Virginia and Maine.

When we could not physically be with one another, Lucas and I texted or spoke with daily. When anything happens in my life —positive, negative or even something trivial, Lucas is the one I want to tell. This is still true today, and I am still grieving the loss of access to my friend and confidant.

Lucas is an extremely talented and dedicated nurse practitioner and a kind and generous man. He would frequently be at work 3-4 hours after finishing with patients, working on charts, making or follow up on referrals, fighting with insurance companies to get studies or prescriptions authorized, and following up on lab results, imaging results, refiling prescriptions, etc. None of these after hours activities generated more income for him; they were things that needed to be done to take care of his patients. Lucas, additionally, would frequently be running behind seeing his patients because he was too kind to tell a patient that they had too many concerns to address at that visit. As a result, his patients were extremely dedicated to him, and would often transfer their family members to his patient panel as well —because they knew that he would care of them in a way that is sadly lacking in Primary Care today.

Additionally, for years, Lucas has provided significant financial and emotional support to his mother and siblings, paying all or part of their rent down in Georgia and helping to coordinate medical care and paying for medical supplies for his mother.

As the child of a mentally ill mother and drug addicted father, Lucas is a man that made something of himself in spite of his beginnings. I understand that Lucas has been accused of a looking at child sexual abuse material, and I do not excuse this. However, I strongly feel that Lucas still has the capacity to positively contribute to individuals and communities, and I do not feel that he is a risk to others.

I respectfully ask you to please take these factors, along with my love and dedication to him, and strong faith in his character into consideration.

Sincerely,

Blaire A. Siefken

| | |
|---|---|
| **From:** | Albert Halls |
| **To:** | Elizabeth Mullin; Albert Halls |
| **Subject:** | lucas fussell |
| **Date:** | Tuesday, March 11, 2025 8:48:12 PM |

**EXTERNAL SENDER**

Dear Judge Contreras,

I am Albert Halls MD and I have known Lucas for 10 years. We have worked together at Onley Community Health Center. I have been regularly communicating with him with letters. He has kept me updated on his life and future court appearances. I have kept him informed about the life of the clinic and my family.

I have found Lucas to be honest and forthright. He was clinic director for a short time.He has been an effective leader. He has always gone out of his way to help others. He has an amazing heart for the poor/.He worked throughout the summer at the migrant camps. He has been well liked and admired in our community. He has volunteered to work many extra shifts. He was always filling in at our urgent care clinic.

Lucas in his letters expresses remorse. My opinion of him remains the same. We all deserve forgiveness as we all are sinners. He is one of the smartest providers I have had a chance to work with in my 35 year career. I hope these words can help you make a good decision on his future.

                                                                     Albert Halls MD

The Honorable Rudolph Contreras

United States District Court for the District of Columbia                    03/12/2025

Dear Judge Contreras,

Letter of support: For Lucas Fussell

I have known Lucas Fussell since 2005.  My first exposure to him took place when he applied to volunteer at the Charlottesville Free Clinic (CFC) while I was employed by the CFC as their Volunteer Coordinator.  He was a part-time student at the University of Virginia and was looking to volunteer in our volunteer-run medical clinic.  Lucas was able to volunteer during the day and during that time we worked closely together.

He was always willing to carry out even the most menial tasks.  He then started to volunteer in the evenings in our fully licensed pharmacy.  The team there were professional volunteers such as pharmacists and Pharmacy technicians.  Lucas quickly became indispensable by using his computer skills to operate our pharmacy computer and label printer.  He soon learned drug names and drug interactions and communicated this vital information to our patients.  He began to express an interest in the medical field and enrolling in related classes.

When the clinic had the funds and made the decision to hire a full-time employee, Lucas applied and the CFC hired him as our Pharmacy Manager.  He was instrumental and the architect of our new pharmacy facility.  During this time, the Charlottesville community learned that Lucas was fluent in Spanish and the CFC increased the number of Spanish speaking patients largely because of the excellent help that he provided.  Lucas saved the lives of Spanish speakers.

As we continued to work together, we became better friends as well as coworkers.  Lucas was a big brother-type to my children and was always appropriate and friendly.  His support to me when my son came out was kind, caring and invaluable.

Lucas had shared with me about his family in Georgia.  He often sent money home as his mother had trouble keeping jobs.  They were not a wealthy family and his father was not present for him.  Indeed, his father and his father's girlfriend even stole Lucas's identity at one point.

Lucas left the CFC to continue his education and we were able to keep our friendship active.

Lucas and his husband visited our home several times and we were so happy to witness their positive relationship. They were committed to each other and purchased a home in Onley, Virginia, once he obtained his position as Nurse Practitioner at the Onley Community Health clinic. Once they had moved in, we visited them. They developed a community there with favorite restaurants and places to walk.

His work at the clinic was very important to him and he was deeply committed. He took me to the clinic to show me the size and we talked about his role and his workload. He was happy to be there and use his skills to care for his patients. The clinic was very busy as many migrant and low-income families live on the Eastern Shore, where the clinic is located. He also expressed the stress that the heavy workload burdened him with. Always wanting to solve any and all health issues for his patients, he easily took home his work and it affected his daily life.

In his time serving patients, from the CFC to the Onley clinic, Lucas saved lives, both literally and figuratively. I believe this should have bearing on how long a sentence he is given. He is an intelligent and empathic person. He served people who didn't have access to traditional health care because he believes that access is a right, not a privilege. He also knows that if he hadn't served, those people would have gotten less or subpar care. He could have worked in other health care settings and commanded a much higher salary. His nursing degree is from Johns Hopkins University. However, his wish was to serve where the need was the greatest.

I have been in contact with Lucas. His letters sound like the Lucas I know and love. Clear, thoughtful, wise and humble. He is studying Buddhism and reading all the time. He deeply regrets how he looked at content that depicted child abuse and allowed himself to "be at odds with everything I've stood for for 30 plus years". I believe him. I have always known Lucas for his strong convictions and his truthfulness. He has never been afraid of hard work and I believe he will do the hard, hard work to understand what led him down this completely dissimilar, very harmful and unlawful pathway.

Please do not hesitate to contact me at any time.

Thank you for considering my information and opinion.

Laura B. Young

[redacted]
[redacted]